IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2006

GREGORY C. LANGHAM
CLERK

Criminal Case No. 02-cr-00130-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PATRICIO DAVID LAMORIE,

    Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
(Docket No. 12)

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court issue the said writ to the United States Marshal Service requiring said United States Marshal to produce Patricio David Lamorie before United States Magistrate Judge Patricia A. Coan on the 22nd day of February 2006 at 10:00 a.m., for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 14th day of February, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE