IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 02-cr-00130-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PATRICIO DAVID LAMORIE,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court issue the said writ to the United States Marshal Service requiring said United States Marshal to produce Patricio David Lamorie before United States District Court Judge Edward Nottingham on the 4th day of April 2006 at 2:15 p.m., for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 7th day of March, 2006.

                                                  s/ Edward W. Nottingham
                                                  UNITED STATES DISTRICT COURT JUDGE
                                                  DISTRICT OF COLORADO